■ FONTINA SALE et al., Appellants, v GARY LEE et al., Respondents. [853 NYS2d 888]—

Under the circumstances of this case, the evidence submitted by the plaintiffs did not establish, as a matter of law, that the injured plaintiff was free from comparative negligence (*see Thoma v Ronai,* 82 NY2d 736, 737 [1993]; *Cator v Filipe,* 47 AD3d 664 [2008]; *Albert v Klein,* 15 AD3d 509, 510 [2005]; *Valore*

*v McIntosh,* 8 AD3d 662 [2004]). Since the plaintiffs failed to meet their burden as the movants, we need not review the sufficiency of the defendants' opposition papers (*see Winegrad v New York Univ. Med. Ctr.,* 64 NY2d 851 [1985]; *Valore v McIntosh,* 8 AD3d 662 [2004]). Rivera, J.P., Skelos, Santucci and Leventhal, JJ., concur.